UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTI PETERSON,

      Plaintiff,

v.                                                            Case No: 8:16-cv-1541-T-JSS

HUNTINGTON BANCSHARES INC.,

      Defendant.

_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal.  (Dkt. 17.)  Plaintiff, Kristi Peterson, announces that the above-captioned action is voluntarily dismissed against Defendant, Huntington Bancshares, Inc.   Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED**.  The clerk is directed to terminate any pending motions and to close the case.

      **DONE** and **ORDERED** in Tampa, Florida, on August 23, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record